1  J.M. IRIGOYEN #177626
   Attorney at Law
2  J.M. IRIGOYEN LAW CORPORATION
   2131 Amador
3  Fresno, CA 93721

4  559.233.3333

5

6  Attorney for Defendant
   ANASTACIO PAREDES-ROSAS

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,  )   Case No:10 cr 429 AWI
11                            )
        Plaintiff,            )   **STIPULATION TO CONTINUE**
12                            )   **STATUS CONFERENCE, AND**
   vs.                        )   **ORDER THEREON**
13                            )
    ANASTACIO PAREDES-ROSAS,  )
14                            )
        Defendant.            )
15 _____)

16                        **STIPULATION**

17      It is stipulated and agreed between the parties that the

18 status conference in the above matter currently set for

19 December 20, 2010, be continued to January 24, 2011 at 9:00

20 a.m.

21      The parties agree that the delay resulting from the

22 continuance shall be excluded in the interests of justice,

23 including but not limited to, the need for the period of time

24 set further herein for effective defense preparation

25 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)to

26 and through January 24, 2011.

27 //

28

1     I hereby agree to the above stipulation.

2 Dated: December 16, 2010

3                              s/J.M. Irigoyen

4                          _____
                            by: J.M. Irigoyen

5                             Attorney for Defendant

6     I hereby consent to the above stipulation.

7 DATED: December 16, 2010
                             s/Susan Phan

8

9                          _____
                            By: Susan Phan
                            Assistant U.S. Attorney

10

11

12        ORDER CONTINUING STATUS CONFERENCE DATE

13 IT IS SO ORDERED.

14

15 Dated: _____December 17, 2010_____  /s/ signature
                     CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28