BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
IAN L. GARRIQUES
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone (559) 497-4000
Facsimile (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00429 AWI |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ANASTACIO PAREDES-ROSAS aka Joel, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Anastacio Paredes-Rosas aka Joel, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), defendant Anastacio Paredes-Rosas aka Joel's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Two OKI C5500 printers;
    b) One OKI C5650 printer;
    c) One Brother HL-40C printer;
    d) One HP Office Jet 6500 printer;
    e) One HP Office Jet 6310 printer;
    f) One Zebra P330 card maker;
    g) One homemade black desktop computer;

        h)    One Compaq Presario desktop computer;
        i)    One homemade clear desktop computer;
        j)    One Zebra P310 card maker;
        k)    One Philips 22" monitor;
        l)    Two Samsung computer monitors;
        m)    One Emachine computer monitor;
        n)    Two laminators;
        o)    One Hitachi hard drive;
        p)    One Western digital hard drive;
        q)    One Samsung cell phone;
        r)    One Motorola cell phone;
        s)    One LG cell phone;
        t)    One Fugi Film digital camera;
        u)    One Sony Cybershot digital camera;
        v)    One Kodak Easyshare C182 digital camera;
        w)    Three media cards;
        x)    Two thumb drives; and
        y)    Three paper cutters.

2. The above-listed property constitutes property used to facilitate, or is intended to be used to facilitate, the commission of a violation of 18 U.S.C. § 1028(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4. a. Pursuant to 18 U.S.C § 982(b)(1) and 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to

have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:    March 21, 2011

CHIEF UNITED STATES DISTRICT JUDGE