BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:10-cr-00429 AWI |
| ) | |
| Plaintiff,    ) | STIPULATION TO CONTINUE |
| ) | SENTENCING; ORDER |
| ) | |
| v.    ) | |
| ) | Date: June 27, 2011 |
| ANASTACIO PAREDES-ROSAS,    ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant.    ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, **that the sentencing hearing now set for May 23, 2011, may be continued to June 27, 2011, at 9:00 a.m.**

The parties are requesting the continuance due to an issue that has arisen with regard to the number of documents in this case, which could affect the applicable guideline sentence. The requested continuance will allow the parties to attempt to resolve the issue, while also conserving the time and resources

///

///

///

1  of the parties and the Court.

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: May 19, 2011       By:   /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney



Dated: May 19, 2011       By:   /s/ J.M. Irigoyen
                                J.M. Irigoyen
                                Attorney for Defendant
```

**O R D E R**

IT IS SO ORDERED.

Dated:    May 19, 2011          _____
                                CHIEF UNITED STATES DISTRICT JUDGE