```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
ANASTACIO PAREDES-ROSAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>ANASTACIO PAREDES-ROSAS,          )<br>                                  )<br>            Defendant.            )<br>_____) | Case No: 10 cr 429 AWI<br><br>STIPULATION REGARDING<br>PROPER OFFENSE LEVEL<br>AND ORDER |

The parties, by and through their respective counsel, hereby stipulate that the total documents involved in this case were 98 instead of over 100 as set forth in the factual basis of the plea agreement and further that the respective increase in defendant's offense level should be a six-level increase under U.S.S.G. § 2L2.1(b)(2)(b), rather than a nine-level increase under § 2L2.1(b)(2)(C).

I hereby agree to the above stipulations.

Dated: May 26, 2011

/s/J.M. Irigoyen
Defense Counsel, for

1   Defendant ANASTACIO PAREDES
2        I hereby agree to the above stipulations.
3   Dated: May 26, 2011

4
    /s/Ian Gariques
5   IAN GARIQUES,
    AUSA, for the Plaintiff
6

7

8                            **ORDER**

9
    IT IS SO ORDERED.
10
11  Dated:     June 8, 2011        _____
                               CHIEF UNITED STATES DISTRICT JUDGE
12