```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00429 AWI |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ANASTACIO PAREDES-ROSAS, ) aka Joel, ) | |
| Defendant. ) | |

WHEREAS, on March 22, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), based upon the plea agreement entered into between plaintiff and defendant Anastacio Paredes-Rosas aka Joel, forfeiting to the United States the following property:

```
a)  Two OKI C5500 printers;
b)  One OKI C5650 printer;
c)  One Brother HL-40C printer;
d)  One HP Office Jet 6500 printer;
e)  One HP Office Jet 6310 printer;
f)  One Zebra P330 card maker;
g)  One homemade black desktop computer;
h)  One Compaq Presario desktop computer;
i)  One homemade clear desktop computer;
j)  One Zebra P310 card maker;
k)  One Philips 22" monitor;
```

|   |   |   |
|---|---|---|
| l) | Two Samsung computer monitors; |
| m) | One Emachine computer monitor; |
| n) | Two laminators; |
| o) | One Hitachi hard drive; |
| p) | One Western digital hard drive; |
| q) | One Samsung cell phone; |
| r) | One Motorola cell phone; |
| s) | One LG cell phone; |
| t) | One Fugi Film digital camera; |
| u) | One Sony Cybershot digital camera; |
| v) | One Kodak Easyshare C182 digital camera; |
| w) | Three media cards; |
| x) | Two thumb drives; and |
| y) | Three paper cutters. |

AND WHEREAS, beginning on March 24, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), to be disposed of according to law, including all right, title, and interest of Anastacio Paredes-Rosas aka Joel.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of

America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: ___July 7, 2011___   _____
                            CHIEF UNITED STATES DISTRICT JUDGE