UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR0429-AWI-1 |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| ) | **INITIAL APPEARANCE RE:** |
| ANASTACIO PAREDES-ROSAS, ) | **SUPERVISED RELEASE VIOLATION** |
| ) | **HEARING DATE** |
| Defendant. ) | |

IT IS HEREBY ORDERED, based upon the foregoing joint stipulation and good cause shown, that the Initial Appearance Hearing Date of defendant in the above-entitled case be and is hereby continued from Monday, March 11, 2013, at 1:30 p.m. to Wednesday, March 13, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   March 8, 2013                        /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE